LOCAL 116, INTERNATIONAL UNION OF ELECTRONIC, ELECTRICAL, SALARIED, MACHINE AND FURNITURE WORKERS, AFL-CIO, PLAINTIFF *v.* U.S. SECRETARY OF LABOR, DEFENDANT

Court No. 90–08–00437

(Dated November 9, 1992)

## ORDER

TSOUCALAS, *Judge:* This Court, following the United States Department of Labor's denial of trade adjustment assistance, having remanded this case on June 25, 1992 to the United States Department of Labor ("Labor") to conduct a more complete investigation, and upon Labor having done so and having issued a Revised Determination concluding that trade adjustment assistance should now be granted, it is hereby

ORDERED that Labor's revised determination is affirmed.